UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* FCA WB
VENTURE, LLC PROTECTED SERIES 51.2 MEMBER,

                              Plaintiff,

                -v-

PERFECT SMILE BRACES, P.C. *and* EMIL MARK
BAILEY, D.D.S.,

                              Defendants.

23 Civ. 7555 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 24, 2025, the Court ordered, *inter alia,* that the "Complaint shall be unsealed thirty days after entry of this Order and, in the event that the relator has not moved to dismiss this action, service upon the defendants by the relator is authorized as of that date." Dkt. 9 (the "Order").

Because more than 30 days have elapsed since entry of the Order, the Court respectfully directs the Clerk of Court to unseal the Complaint, the Order, and the Government's Notice of Decision to Decline Intervention.  All other documents filed in this action prior to entry of the Order shall remain under seal and not be made public.  The seal shall be lifted as to all matters occurring in this action subsequent to the Order.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 6, 2026
       New York, New York