UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *ex rel.* FCA WB VENTURE LLC PROTECTED SERIES 521.2 MEMBER,

Plaintiff,

-v-

PERFECT SMILE BRACES, P.C., *and* EMIL MARK BAILEY, D.D.S.,

Defendants.

23 Civ. 7555 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 17, 2026, defendants filed a motion to dismiss the complaint's second cause of action under Rule 12(b)(6) of the Federal Rules of Civil Procedure and to stay proceedings as to the first cause of action. Dkts. 30, 31. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by October 8, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by October 29, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

It is further ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by October 1, 2026. Defendants' reply, if any, shall be filed by October 8, 2026. At the time any reply is filed, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 18, 2026
New York, New York