Mintz & Gold

Steven W. Gold
Steven G. Mintz*
Jeffrey D. Pollack*
Elliot G. Sagor
Ira Lee Sorkin
Lon Jacobs
Steven A. Samide
Scott A. Klein
Robert B. Lachenauer
Roger L. Stavis
Howard M. Topaz
Philip E. Altman
Charles A. Ross**
Richard M. Breslow
Barry M. Kazan*
Craig D. Spector*
Kevin M. Brown
Alexander H. Gardner
Heath Loring
Peter Guirguis

Julia B. Milne
James W. Kennedy
Ryan W. Lawler*
Andrew A. Smith
Amit Sondhi
Michael Mooney
Timothy J. Quill, Jr.
Allison Pridmore
Victoria F. Muth
Carli M. Aberle
Kellyann T. Ryan
Samuel J. Allaman*
Sitie "Esther" Tang
Benjamin S. Cotler
Halle Preston
Justin T. Dailey
Albert I. Hamui

**Senior Counsel**
Jack A. Horn
Noreen E. Cosgrove
Andrew E. Steckler
Alex J. Otchy*
David J. Winkler***

**Of Counsel**
Honorable Vito J. Titone (*dec.*)
*NY State Court of Appeals 1985–1998*
Harvey J. Horowitz (*dec.*)
Honorable Howard Miller
*NY Appellate Div. 1999–2010* [ret.]
Alan Katz
Eric M. Kutner
Brian T. Sampson
Erica Nazarian
Tara Shamroth
Jared Van Vleet
Simone Calzolai+

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in Illinois
+Admitted in Italy and the United Kingdom (Not admitted in the U.S.)

November 19, 2026

**<u>Via ECF</u>**

Hon. Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States ex rel. FCA WB Venture, LLC Protected Series 521.2 Member v. Perfect Smile Braces, P.C. et al.*, Case No. 1:23-cv-07555-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

This firm represents Dr. Emil Mark Bailey and Perfect Smile Braces, P.C. (collectively, "Defendants") in the above-captioned action. We write jointly with counsel for Relator, pursuant to Rule 1.E of Your Honor's Individual Rules and Practices in Civil Cases, to request that the Court stay all proceedings on the First Cause of Action in the First Amended Complaint (ECF No. 34), including Defendants' time to answer, move, or otherwise respond to that claim, while the parties finalize a settlement of that claim. During the stay, the parties propose to file a joint status letter every 30 days.

**Background.** The First Amended Complaint asserts two causes of action. The First Cause of Action is a *qui tam* claim under the False Claims Act. The Second Cause of Action is Relator's individual retaliation claim under 31 U.S.C. § 3730(h). On October 29, 2026, Defendants renewed their partial motion to dismiss the Second Cause of Action. Relator did not oppose that

motion. Today the parties are filing a stipulation dismissing the Second Cause of Action with prejudice. (ECF No. 38.)

That stipulation will resolve the only pending motion. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' time to respond to the First Cause of Action has been suspended while that motion was pending. Absent further order, Defendants anticipate that their response to the First Cause of Action would be due 14 days after the Court acts on the stipulation.

**The settlement.** Defendants, Relator, and the United States have reached a settlement in principle of the First Cause of Action. The government declined to intervene in this action. (ECF No. 14) Even so, a *qui tam* action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Defendants and Relator have forwarded a proposed settlement agreement to the United States Attorney's Office for the Southern District of New York. That proposal is under review. The parties are working diligently to finalize the agreement. However, the timing of final documentation depends in part on the government's review and ultimate approval.

**The requested stay.** A stay would spare the parties and the Court the expense of answering, case management, and discovery on a claim that all parties expect to resolve without further litigation. No party will be prejudiced. The government's interests are fully protected, moreover, because no dismissal of the First Cause of Action can occur without its written consent and the Court's.

To keep the Court informed, the parties propose to file a joint status letter every 30 days, beginning December 18, 2026. Each letter would report on the progress of the settlement. The parties will also notify the Court promptly if the settlement agreement is executed or if settlement efforts fail. If the settlement is not consummated, the parties propose to submit, within 14 days of so notifying the Court, a proposed schedule for Defendants' response to the First Cause of Action.

**Rule 1.E.2 information.**

- **Original due date and requested relief.** Under the Court's Order of September 18, 2026 (ECF No. 33), Defendants' response to the First Amended Complaint was due October 29, 2026. Defendants timely filed their renewed partial motion to dismiss on that date. Defendants' time to respond to the First Cause of Action has been suspended under Rule 12(a)(4)(A) while that motion has been pending. Absent further order, Defendants anticipate that the response would be due 14 days after the Court acts on the stipulation of dismissal. Defendants request that this deadline be stayed pending settlement, as described above, rather than set at a fixed date.
- **Prior requests.** Before the currently pending motion was filed, the parties made four prior requests for extensions of their time to respond to the original Complaint, all of which were granted. (ECF Nos. 22–29.) In their original partial motion to dismiss, Defendants also requested a stay of proceedings on the *qui tam* claim pending decision of

that motion. (ECF No. 31 at 12–13.) The Court did not rule on that request before Relator filed his First Amended Complaint. (ECF No. 34.)

- **Consent.** Relator consents to and joins this request.
- **Effect on other dates.** No conferences or other deadlines are currently scheduled. Granting this request will not affect any other scheduled dates.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Timothy J. McInnis*
Timothy J. McInnis
McInnis Law
521 Fifth Avenue, 17th Floor
New York, New York 10175-0038
Telephone: (212) 292-4573
Facsimile: (212) 292-4574
Email: **tmcinnis@mcinnis-law.com**

*Attorney for Relator*

*/s/ David Winkler*
David Winkler
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 696-4848
Facsimile: (212) 696-1231
Email: **winkler@mintzandgold.com**

*Attorney for Defendants*

Cc: Charles Jacob, Assistant United States Attorney (via email)

GRANTED. This case is hereby stayed. The Clerk of Court is respectfully directed to terminate all pending deadlines. The parties are ordered to file a joint status letter every 30 days.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: November 20, 2026
New York, New York